

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2020

No. 04-20-00077-CV

**THE CITY OF SAN ANTONIO,**
Appellant

v.

Suzanne S. **SMITH,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI19949 2018CI22682
Honorable Larry Noll, Judge Presiding

# O R D E R

Pending before the court is an unopposed motion for stay of all trial court proceedings pending resolution of appeal. Because all proceedings in the trial court are automatically stayed by statute pending resolution of this appeal, the motion is MOOT; however, the trial court is instructed that all proceedings in the underlying case are stayed pending resolution of this appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(b).

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2020.

MICHAEL A. CRUZ,
Clerk of Court